Robert Charles Hayes, Jr
Name and Prisoner/Booking Number

Central Arizona Florence Correctional Complex
Place of Confinement

P.O. Box 6300
Mailing Address

Florence, Arizona 85132
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED _____ LODGED
RECEIVED _____ COPY

FEB 10 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Robert Charles Hayes, Jr ,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) United States of America ,
(Full Name of Defendant)

(2) United States Marshals service ,

(3) CoreCivic of Tennessee LLC ,

(4) L. Rosa Warden ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

Request Jury trial

CASE NO. CV-26-00084-TUC-RM-PSOT
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**
Request Jury Demand / trial

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☑ Other: 28 U.S.C. 1346, 2671-2680 .

2. Institution/city where violation occurred: U.S. District Court, District of Arizona (Tucson)

Revised 12/1/23                    1                    **550/555**

## B. DEFENDANTS

1. Name of first Defendant: U.S. Marshal MS. Rhynard . The first Defendant is employed as: U.S. Marshal DCM at Central Arizona Florence Complex
   (Position and Title)                    (Institution)

2. Name of second Defendant: U.S. Marshal MS. Garcia . The second Defendant is employed as: U.S. Marshal at Central Arizona Florence Complex.
   (Position and Title)                    (Institution)

3. Name of third Defendant: L. Rosa____ . The third Defendant is employed as: Warden at Central Arizona Florence Complex  Core civic LLc Tennessee
   (Position and Title)                    (Institution)

4. Name of fourth Defendant: U.S. District court . The fourth Defendant is employed as: _____ at _____ District of Arizona (Tucson)
   (Position and Title)                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☑ Yes    ☐ No

2. If yes, how many lawsuits have you filed? __6__ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Robert Charles Hopes Jr. v. Federal Bureau of Prisons
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) NO

   b. Second prior lawsuit:
      1. Parties: Robert Charles Hopes, Jr v. J. Ruff, et al
      2. Court and case number: 4:21-CV-00040-JAS
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) NO Closed 07/28/2023

   c. Third prior lawsuit:
      1. Parties: Robert Charles Hopes, Jr v. M. Gutierrez, Fed. Bureau of Prisons, et al  UNKNOWN Party
      2. Court and case number: 4:24-CV-00030-Tuc-RM-PSOT
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Closed and dismissed September 30, 2025

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: Eighth Amendment civil Rights violation and Failure to Protect Plaintiff from undue Physical Assault by Hispanic Mexican nationals in the U.S. Illegally

2.  **Count I.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.

☐ Basic necessities          ☐ Mail              ☐ Access to the court        ☑ Medical care
☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion       ☐ Retaliation
☐ Excessive force by an officer   ☑ Threat to safety   ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

on the date of September 9th, 2024 I was taken to the U.S. District Court for the DISTRICT OF Arizona in Tucson, Arizona for My initial Appearance and Arraignment for charges that the U.S. Attorney Ms. Sarah Bailh Houston was influenced, persuaded and requested to file against Me at the behest of the Administrative & Executive Staff of United States Penitentiary Tucson and M. Ruiz with all who are acting in concerted collusion and Conspiracy under color of law to further violate My Federal constitutional and civil Rights to add insult to injury after Assaulting Me AND sending Me to this Racist/Racist desperately Wicked Detention Facility that is Rampantly influenced by the Mexican Criminal crime Families and Cartels and only wish and desire for the Prosperity of only Mexicans who Further the Cause of their Criminal Enterprise. CoreCivic Employees were aware that I was having Problems with the Plasa Mexican nationals, yet they continue to house Me around them AND Placed Me in a U.S. District court holding cage with them which resulted to their Assault of My Person on September 9th, 2024 AND the U.S. Marshals Failure to Protect Me, AND CORE-CIVIC of Tennessee LLC Employees Failure to Protect Me from undue harm AND Assault Physically in violation of My Eighth AND Fourteenth Amendment rights

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s). Plasa detainee's Assaulted Me, Put Knots, Contusions, bruises, lumps on My head, Punched Me in My head, Choked Me in My Head, AND kneed Me in My Ribs in the Holding tank of the United States Federal Courthouse in Tucson for the District of Arizona. AND due to the deliberate Indifference of the U.S. Marshals AND core-civic My constitutional civil Rights were violated

5.  **Administrative Remedies:**

a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                 ☑ Yes    ☐ No

b.  Did you submit a request for administrative relief on Count I?                    ☑ Yes    ☐ No

c.  Did you appeal your request for relief on Count I to the highest level?          ☑ Yes    ☐ No

d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I Filed a standard form 95 with the U.S. Marshals Which became final on Aug 21, 2025 denied by U.S. Marshals. certified Receipt # 9589 0710 5270 0108 5844 30

3

## COUNT II

1.  State the constitutional or other federal civil right that was violated: Eighth amendment violation AND First Amendment violations by Retaliating Against me and denying me basic Necessities of my Personal Property, clothing and hygiene.

2.  **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

    ☑ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
    ☐ Disciplinary proceedings     ☑ Property     ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    On the date of Nov. 12, 2025 Security Staff AND Mental Health Staff restricted me from my Personal Property AND since then denied me adequate clothing to keep me warm during this Cold weather season that is almost freezing temperatures outside, AND within the facility, the CORE-CIVIC Facility AND Staff keep the cells excessively and extremely cold and never deppers the heater that we maybe warm in the cells and not have to stay under the covers or blankets all day and all night. I am being denied Thermals, Socks for my feet, And underwear for my body below my waist. I am also denied Undershirts and Personal hygiene items Products, deodorant, Soap, hair grease, lotion, etc, AND also denied cleaning supplies, hand sanitizer, and Proper cleaning chemicals and/or bleach after CORE-CIVIC has placed me in a contaminated, filthy, bacteria infected and contaminated cell that is soiled with bio-hazard bodily fluids, waste, feces, urine, AND saliva on ceiling/roof, walls, corners of cell walls AND soiled into the floor of the cell. Feces, urine is also resided with foulstench on the inner entrance of the door inside the cell, AND although I have told several CORE-CIVIC Supervisors, Chief of Security, Warden, Associate wardens AND the U.S. Marshals no remedy has been done, AND they refuse to have cell throughly cleaned.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s). I have gotten sick, had diarrean of the bowels, stomach cramps, burning eyes, burning nostrils, watery eyes, AND Allergic reaction due to the stench AND bacteria of feces remnants and residue in cell because CORE-CIVIC refuse to bleach, clean cell or use the HOCL bacteria Machine in my cell. I also have fever, headache and Runny Nose,

5.  **Administrative Remedies.**

    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☑ Yes    ☐ No

    b.  Did you submit a request for administrative relief on Count II?     ☑ Yes    ☐ No

    c.  Did you appeal your request for relief on Count II to the highest level?     ☑ Yes    ☐ No

    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I filed to the highest level to the warden, yet nothing has been done about it, AND filed a federal Tort Claim standard Form 95 (SF-95) with the U.S. Marshals office of General Counsel in Washington D.C.,

4

**COUNT III**

1. State the constitutional or other federal civil right that was violated: First Amendment, Eighth Amendment, Fifth/Fifth Amendment, AND Fourteenth Amendment Violations by retaliating Against Me for reporting Violations, Denial of legal papers, Property, AND

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts. Effective Access

☐ Basic necessities          ☐ Mail          ☑ Access to the court          ☐ Medical care IVE Access
☐ Disciplinary proceedings   ☐ Property       ☐ Exercise of religion          ☑ Retaliation to the
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: Effective Access to Courts / Courts.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

A. Parks, CORE-CIVIC Executive/Administrative staff, Mental Health staff A. Parkes, AND CoreCivic Security staff denying Me My Personal Property basic hygiene Products, Proper clothing for Cold Weather, and My legal Property of Important Papers to file with the Appropriate and respective courts, I am also being denied My INK Pens, AND Core-Civic has a habit of Confiscating Property that serves no Penological interest in denying or Confiscating like My INK Pens, legal Papers, AND other Important Papers and documents. A. Parkes, D. Guilkey has Authorized the denial and restriction of My Property from Me in retaliation of My Writings to government Agencies, U.S. Congress Men and Women, Federal law Enforcement officials and agents Concerning My belief of their harboring, housing, hiding illegal Aliens, immigrants, cartel leaders of the Mexican CARtEl Families and MS-13 gang Members from detection by ICE AND the Department of Homeland Security A. Parkes AND D. Guilkey have Authorized the denial of My Property in retaliation under the false Premise that it is for My own Safety due to the amount of My Prescribed Medication I was hoarding since Nov. 12, 2025 as a Precautionary Measure of Mental Health staff, AND

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). U.S. Marshals allow DUE to these staff denying Me My legal Property and other Property it   it to go on. has Caused Me undue delay to effectively Access the Courts, other government Agencies for redress, AND to effectively Prepare My ninth Circuit civil Appeal 25-6576

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?          ☑ Yes          ☐ No
   b. Did you submit a request for administrative relief on Count III?          ☑ Yes          ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?          ☑ Yes          ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

Request that this Honorable court Provide Justice in the Most Proper means it deems appropriate Plus vindication of Plaintiff's Civil, Constitutional Rights, and Human Rights with Just Punitive Damages Against the U.S. Marshal Service, CORE CIVIC LLC Tennessee, AND the U.S. District court-Marshals working the date of 9-9-2024, Request to be awarded Monetary damages for My Pain, suffering, Anguish, Trauma, Fear, Psychological distress, Physical and Mental distress, Physical injuries, out of Pocket expenses, Nominal damages to vindicate My Constitutional & Civil Rights. Human Rights Punitive damages against all defendant Parties in this cause of Action. Request sum total Amount $185,000.00.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **1/31/2026**
DATE

*Robert charles Hope*
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6